UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUSAN B. LONG, <u>et al.</u>,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,**<br><br>  Defendant. | Case No. 1:14-cv-00807 (CRC) |

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the Parties' Stipulation of Settlement and Dismissal.

UPON CONSIDERATION of the Stipulation of Settlement and Dismissal, it is

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to CLOSE this case. The Court shall retain jurisdiction only to enforce the terms of the settlement agreement.

SO ORDERED.

                                                                                               _____
                                                                                               CHRISTOPHER R. COOPER
                                                                                               United States District Judge

Date:   August 26, 2015